UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELPIDIO D. TELLEZ,<br><br>Petitioner,<br><br>v.<br><br>GIGI MATTESON, Warden,<br><br>Respondent. | No. 2:22-cv-0404 CKD P<br><br><br><br>ORDER |

On November 28, 2022, petitioner filed what appears to be a request for an extension of time to file a new petition for writ of habeas corpus and a request for the appointment of counsel. Neither request is proper as judgment was entered in this case on November 28, 2022. Accordingly, IT IS HEREBY ORDERED that petitioner's November 28, 2022 requests are denied.

Dated: November 30, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tell0404.mfe.coun